IN THE UNITED STATES DISTRICT COURT   RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ _Southern_ DIVISION   2019 JUL -8 P 4: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ELTON R. RUSS

PLAINTIFF

v.

DOTHAN CITY SCHOOL BOARD, PHYLLIS EDWARDS,
MIKE SCHMITZ, SUSAN VIERKANDT, BRETT STRICKLAND,
AMY BONDS, CHRIS MADDOX
DEFENDANT

CASE ACTION NO.: 1:19-CV-483-ALB-SMD

JURY DEMAND (MARK ONE)

☑ YES       ☐ NO

## EEOC   COMPLAINT

1.    Plaintiff resides at 106 BOYCE ROAD, DOTHAN, ALABAMA  36305

2.    Defendant(s)' name(s) DOTHAN CITY SCHOOL BOARD, PHYLLIS EDWARDS, MIKE SCHMITZ, SUSAN VIERKANDT, BRETT STRICKLAND, AMY BONDS, CHRIS MADDOX

Location of principal office(s) of the named defendant(s)
500 DUSY STREET, DOTHAN, ALABAMA  36301

Nature of defendant(s)' business SCHOOL BOARD

Approximate number of individuals employed by defendant(s) MORE THAN 500

3.    This action is brought pursuant  to  Title VII of the Civil Rights Act of 1964 for employement discrimination.  Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5.  Equitable and other relief are also sought under 42 §2000e-5(g).

4.    The acts complained of in this suit concern:

    1.    ☐ Failure to employ me.
    2.    ☑ Termination of my employment.
    3.    ☐ Failure to promote me.
    4.    ☐ Other acts as specified below:

5.  Plaintiff is:
    A.    ___ Presently employed by the defendant.
          _X_ Not presently employed by the defendant.  The dates of employement were
          11/04/2014 -05/22/2018 _____ Employment was terminated because:

          (1)    _X__  Plaintiff was discharged.
          (2)    _____ Plaintiff was laid off.
          (3)    _____ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.    _X_  My race.
    B.    ____ My religion.
    C.    ____ My sex.
    D.    ____ My national origin.
    E.    _X_  Other, as specified below: GENDER AND RETALIATION
          _____
          _____

7.  The name(s), race, sex, and the position  or title of the individual(s) who allegedly
    discriminated against me during the period of my employment with the defendant company
    is (are) DOTHAN CITY SCHOOL BOARD, PHYLLIS EDWARDS: CAUCASIAN FEMALE SUPERINTENDENT; MIKE SCHMITZ: CAUCASIAN
    MALE, BOARD CHAIRMAN; SUSAN VIERKANDT: CAUCASIAN FEMALE, DISTRICT 3 BOARD MEMBER; BRETT STRICKLAND: CAUCASIAN MALE,
    DISTRICT 4 BOARD MEMBER; AMY BONDS; CAUCASIAN FEMALE, DISTRICT 5 BOARD MEMBER; CHRIS MADDOX: CAUCASIAN MALE, DISTRICT 6 BOARD MEMBER

8.  The alleged discrimination occurred on or about 05/22/2018                    .

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above
    discriminated against me in terms of the conditions of my employment, is as follows:
    SEE EXHIBIT A
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

10. The alleged illegal activity took place at _____
    DOTHAN CITY SCHOOL BOARD OF EDUCATION (HONEYSUCKLE MIDDLE SCHOOL)
    _____
    _____

11.    I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___AUGUST 7, 2018___.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on APRIL 10, 2019.

12.    I seek the following relief:

A.    ___ Recovery of back pay.
B.    _X_ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 7/1/2019

_Cullen R. Russ_
Signature of Plaintiff

106 BOYCE ROAD

DOTHAN, ALABAMA 36305

(334) 547-0991

Address & Telephone Number of Plaintiff